NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Opal Financial Group v Opalesque Ltd.     Docket No.: 14-4484

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Eric Vaugh-Flam

Firm: Vaughn-Flam & Associates

Address: 8 Berndale Drive, Westport CT 06880

Telephone: 203 227 8801     Fax: 888 907-1620

E-mail: evf@sovrlaw.com

Appearance for: Appellees Opalesque and Matthias KNab
(party/designation)

Select One:

[✓] Substitute counsel (replacing lead counsel: Peter Murphy, Shipman & Goodwin )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

[ ] I applied for admission on _____.

Signature of Counsel: _[signature]_

Type or Print Name: Eric Vaughn-Flam